SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
CHARLES S. DONOVAN, Cal. Bar No. 103667
cdonovan@sheppardmullin.com
BRIAN R. BLACKMAN, Cal. Bar No. 196996
bblackman@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415-434-9100
Facsimile:    415-434-3947

CARR & FERRELL LLP
James W. Lucey, Cal. Bar No. 160808
jlucey@carrferrell.com
120 Constitution Drive
Menlo Park, California 94025
Telephone:    650-812-3400
Facsimile:    650-812-3444

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADFORD ISLAND RECLAMATION DISTRICT NO. 2059, by its trustees,<br><br>Plaintiff,<br><br>v.<br><br>M/V PEARL BRIDGE (ex TASMAN RESOLUTION). IMO No. 871918, *in rem*, KRISTEN MARINE S.A., *in personam*,<br><br>Defendants. | Case No. C 10-05980 EMC<br><br>**STIPULATION AND [Proposed] ORDER CONTINUING SETTLEMENT CONFERENCE**<br><br>Date:         July 26, 2011<br>Time:         9:30 AM<br>Courtroom: A, 15th Floor<br><br>The Hon. Joseph C. Spero |

1  Plaintiff Bradford Island Reclamation District No. 2059 (the "District") and defendants Kristen Marine, S.A. and M/V PEARL BRIDGE (ex TASMAN RESOLUTION). IMO No. 871918, (collectively "Defendants"), by and through their counsel, stipulate:

    1. Plaintiff filed its Verified Complaint In Admiralty on December 30, 2010, alleging defendant vessel struck and damaged the Bradford Island levee. (Dkt. No. 1.)

    2. Defendants answered the Complaint on March 15, 2011 and March 22, 2011, alleging various defenses. (Dkt. Nos. 6 and 8.)

    3. By Order entered April 18, 2011, this matter was set for a Settlement Conference on July 26, 2011 before Magistrate Judge Joseph C. Spero. (Dkt. No. 17.)

    4. The parties have exchanged initial disclosures and documents. The parties are actively engaged in further written and document discovery, and need additional time in advance of the Settlement Conference to complete this discovery to ensure a productive conference.

    5. The parties respectfully request the Court continue the July 26, 2011 Settlement Conference to September 28, 2011 at 9:30 a.m. (the parties have reserved this date with the calendar clerk).

**IT IS SO STIPULATED.**

Date: July 7, 2011

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By   */s/ Brian R. Blackman*
CHARLES S. DONOVAN
BRIAN R. BLACKMAN
Attorneys for Plaintiff

Dated: July 7, 2011

KEESAL YOUNG & LOGAN LLP

By   */s/ John D. Giffin*
JOHN D. GIFFIN
JOHN COX
Attorneys for Defendants

-1-

1 **ORDER**

2  PURSUANT TO STIPULATION, the Court continues the Settlement Conference to

3 September 28, 2011 at 9:30 AM, in Courtroom A, 15th Floor, Federal Building, 450 Golden Gate

4 Avenue, San Francisco. Settlement conference statements shall be due by Sept. 14, 2011.

5  **IT IS SO ORDERED.**

6 Dated: July 12, 2011



8 _____
JOSE[PH C. SPERO]
9 United States Magistrate Judge

-2-

## CERTIFICATION

1 | I, Brian Blackman, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order Continuing Settlement Conference.  In compliance with General Order 45.X.B., I hereby attest that John D. Giffin concurs in this filing.

Dated: July 7, 2011              SHEPPARD MULLIN RICHTER & HAMPTON LLP


                        By     */s/ Brian R. Blackman*_____
                                BRIAN R. BLACKMAN
                                Attorney for Plaintiff