1 JOHN D. GIFFIN, CASB No. 89608
john.giffin@kyl.com
2 JOHN COX, CASB No. 197687
john.cox@kyl.com
3 KEESAL, YOUNG & LOGAN
A Professional Corporation
4 450 Pacific Avenue
San Francisco, California 94133
5 Telephone: (415) 398-6000
Facsimile: (415) 981-0136
6
Attorneys for Defendant
7 KRISTEN MARINE S.A.

8
UNITED STATES DISTRICT COURT
9
NORTHERN DISTRICT OF CALIFORNIA
10

11
BRADFORD ISLAND RECLAMATION ) Case No: C10 05980 EMC
12 DISTRICT NO. 2059, by its trustees, )
)
13 Plaintiff, ) JOINT CASE MANAGEMENT REPORT
) AND REQUEST TO CONTINUE
14 vs. ) SETTLEMENT CONFERENCE
) DEADLINE ; ORDER RESETTING STATUS
15 M/V/ PEARL BRIDGE (ex TASMAN ) CONFERENCE AND
RESOLUTION), IMO NO 871918, in rem, ) EXTENDING DEADLINE FOR
16 KRISTEN MARINE S.A., in personam, ) SETTLEMENT CONFERENCE
)
17 )
Defendants. )
18

19
In the Court's Case Management and Pre-Trial Order of April 15, 2011, the
20
Court set the matter for trial on July 9th, 2012. Also, the Court referred the matter to
21
Magistrate Judge Joseph Spero for a Settlement Conference and ordered that a
22
settlement conference to be completed by August 13, 2011. Further the Court set a
23
further Status Conference for August 24, 2011.
24
Judge Spero set a Settlement Conference for July 26, 2011.
25
Thereafter the parties asked the Court to extend the time for them to
26
participate in a Settlement Conference. The Court extended the time and reset the
27
Status Conference for October 7, 2011. Judge Spero rescheduled the Settlement
28
Conference for September 28th, 2011.

- 1 -                                                    KYL_SF537731
CASE MANAGEMENT REPORT TO JUDGE EDWARD CHEN –
Case No. C10-05980-EMC

The parties have continued to participate in discovery an in effort to exchange sufficient information in order to participate in a meaningful Settlement Conference. In that regard the Defendant's counsel served Interrogatories and Requests for Documents on the Plaintiff's counsel on April, 20th 2011.

The Defendants requested extensions of time to respond to Plaintiff's discovery and extensions were given. These extensions were requested because the Plaintiff had to obtain documents responsive to Defendant's requests from third party contractors

The Plaintiff provided written responses to the Defendant's discovery on July 1, 2011.

Plaintiff's responses to Defendant's Request for Production of Documents consisted of 7,881 pages of documents obtained from the Plaintiff's contractor.

After Plaintiff produced the documents counsel for the parties engaged in multiple meet and confer communications in order to be sure Plaintiff's production of documents met the expectations of the defense. Ultimately, the Plaintiff provided a supplement document response on August 6, 2011 along with an additional 361 pages of documents.

Defendant's counsel also sought to obtain from the U.S. Coast Guard their investigation report concerning the grounding incident which gave rise to the Plaintiff's claim. When the Coast Guard completed their report they required, that even though the Defendant is an interested party, that the Defendant submit a Freedom of Information Act request to the Coast Guard in order to obtain the report. A request was immediately submitted and the Coast Guard provided a redacted copy of their report to the Defendants' counsel on August 15, 2011.

Upon receipt of the Coast Guard report and upon receipt of the Plaintiff's discovery responses, defense counsel submitted those documents to their consulting expert in London.

Due to Defendants' expert's vacation schedule he was not able to review the

| | |
|---|---|
| 1 | claim records until early September. Because of the amount of documents produced by |
| 2 | the Plaintiff and because many of the documents maintained by Plaintiff's contractor are |
| 3 | not organized, Defendants' counsel and Defendants' expert have not yet completed a full |
| 4 | review the Plaintiff's claim and Plaintiff's discovery responses. |
| 5 |       The Plaintiff has provided a Settlement Demand to the defense in |
| 6 | accordance with the Court's order, however, defense counsel advised Plaintiff's counsel |
| 7 | that the defense is not yet prepared to provide a substantive response to the Plaintiff's |
| 8 | Settlement Demand and further advised that the defense does not believe they can be |
| 9 | reasonably ready to participate in mediation by September 28th. |
| 10 |       Currently defense counsel will be meeting with Defendant's consulting |
| 11 | expert during the week of September 26, 2011. Also, the insurance representative for |
| 12 | the Defendants plans to attend that meeting which will take place in London, England. |
| 13 | The insurance representative, with settlement authority, plans to attend the Settlement |
| 14 | Conference in person. |
| 15 |       Because of the completion of discovery took longer than initially expected |
| 16 | and because of the Coast Guard report was not issued until mid-August the defense feels |
| 17 | they cannot participate meaningfully in a Settlement Conference at this time and |
| 18 | therefore the parties ask the Court to allow them additional time to prepare. |
| 19 | /// |
| 20 | /// |
| 21 | /// |
| 22 | /// |
| 23 | /// |
| 24 | /// |
| 25 | /// |
| 26 | /// |
| 27 | /// |
| 28 | /// |

CASE MANAGEMENT REPORT TO JUDGE EDWARD CHEN –
Case No. C10-05980-EMC

KYL_SF537731

The parties respectively ask that the Court allow them until December 12, 2011, to participate in a Settlement Conference. Counsel for the Defendant has spoken to Judge Spero's calendar clerk who has given the parties Judge Spero's available dates in October and December. The parties are clearing mutually convenient dates with their clients.

DATED: September 21, 2011

By: _____
JOHN GIFFIN
JOHN COX
KEESAL, YOUNG & LOGAN
ATTORNEYS FOR DEFENDANT
KRISTEN MARINE S.A.

DATED: September 21, 2011

By: _____
CHARLES DONOVAN
SHEPPARD MULLIN RICHTER &
HAMPTON LLP
ATTORNEYS FOR PLAINTIFF
BRADFORD ISLAND RECLAMATION
DISTRICT NO. 2059, BY ITS
TRUSTEES

IT IS SO ORDERED that the deadline to complete the settlement conference shall be extended to December 31, 2011. The status conference is reset from 10/7/11 at 10:30 a.m. to 1/20/2012 at 10:30 a.m. An updated status report shall be filed by 1/13/2012.

_____
Edward M. Chen
United States District Judge

Dated: 9/22/11

CASE MANAGEMENT REPORT TO JUDGE EDWARD CHEN –
Case No. C10-05980-EMC

- 4 -

KYL_SF537731