1 | JOHN D. GIFFIN, CASB No. 89608
john.giffin@kyl.com
2 | JOHN COX, CASB No. 197687
john.cox@kyl.com
3 | KEESAL, YOUNG & LOGAN
A Professional Corporation
4 | 450 Pacific Avenue
San Francisco, California  94133
5 | Telephone:   (415) 398-6000
Facsimile:   (415) 981-0136
6 |
7 | Attorneys for Defendant
KRISTEN MARINE S.A.

8 |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRADFORD ISLAND RECLAMATION DISTRICT NO. 2059, by its trustees, | ) ) ) | Case No:  C10 05980 EMC |
| Plaintiff, | ) ) | JOINT CASE MANAGEMENT REPORT AND REQUEST TO CONTINUE SETTLEMENT CONFERENCE |
| vs. | ) ) ) | DEADLINE |
| M/V/ PEARL BRIDGE (ex TASMAN RESOLUTION), IMO NO 871918, *in rem*, KRISTEN MARINE S.A., *in personam*, | ) ) ) ) | ; ORDER RESETTING STATUS CONFERENCE AND EXTENDING DEADLINE FOR SETTLEMENT CONFERENCE |
| Defendants. | ) ) ) | |

In the Court's Case Management and Pre-Trial Order of April 15, 2011, the Court set the matter for trial on July 9th, 2012. Also, the Court referred the matter to Magistrate Judge Joseph Spero for a Settlement Conference and ordered that a settlement conference to be completed by August 13, 2011. Further the Court set a further Status Conference for August 24, 2011.

Judge Spero set a Settlement Conference for July 26, 2011.

Thereafter the parties asked the Court to extend the time for them to participate in a Settlement Conference. The Court extended the time and reset the Status Conference for October 7, 2011. Judge Spero rescheduled the Settlement Conference for September 28th, 2011.

- 1 -

KYL_SF537731

CASE MANAGEMENT REPORT TO JUDGE EDWARD CHEN –
Case No. C10-05980-EMC

1    The parties have continued to participate in discovery an in effort to

2  exchange sufficient information in order to participate in a meaningful Settlement

3  Conference.  In that regard the Defendant's counsel served Interrogatories and Requests

4  for Documents on the Plaintiff's counsel on April, 20th 2011.

5    The Defendants requested extensions of time to respond to Plaintiff's

6  discovery and extensions were given.  These extensions were requested because the

7  Plaintiff had to obtain documents responsive to Defendant's requests from third party

8  contractors

9    The Plaintiff provided written responses to the Defendant's discovery on

10  July 1, 2011.

11    Plaintiff's responses to Defendant's Request for Production of Documents

12  consisted of 7,881 pages of documents obtained from the Plaintiff's contractor.

13    After Plaintiff produced the documents counsel for the parties engaged in

14  multiple meet and confer communications in order to be sure Plaintiff's production of

15  documents met the expectations of the defense.  Ultimately, the Plaintiff provided a

16  supplement document response on August 6, 2011 along with an additional 361 pages of

17  documents.

18    Defendant's counsel also sought to obtain from the U.S. Coast Guard their

19  investigation report concerning the grounding incident which gave rise to the Plaintiff's

20  claim.  When the Coast Guard completed their report they required, that even though

21  the Defendant is an interested party, that the Defendant submit a Freedom of

22  Information Act request to the Coast Guard in order to obtain the report.  A request was

23  immediately submitted and the Coast Guard provided a redacted copy of their report to

24  the Defendants' counsel on August 15, 2011.

25    Upon receipt of the Coast Guard report and upon receipt of the Plaintiff's

26  discovery responses, defense counsel submitted those documents to their consulting

27  expert in London.

28    Due to Defendants' expert's vacation schedule he was not able to review the

- 2 -                        KYL_SF537731

1    claim records until early September.  Because of the amount of documents produced by

2    the Plaintiff and because many of the documents maintained by Plaintiff's contractor are

3    not organized, Defendants' counsel and Defendants' expert have not yet completed a full

4    review the Plaintiff's claim and Plaintiff's discovery responses.

5            The Plaintiff has provided a Settlement Demand to the defense in

6    accordance with the Court's order, however, defense counsel advised Plaintiff's counsel

7    that the defense is not yet prepared to provide a substantive response to the Plaintiff's

8    Settlement Demand and further advised that the defense does not believe they can be

9    reasonably ready to participate in mediation by September 28th.

10           Currently defense counsel will be meeting with Defendant's consulting

11   expert during the week of September 26, 2011.  Also, the insurance representative for

12   the Defendants plans to attend that meeting which will take place in London, England.

13   The insurance representative, with settlement authority, plans to attend the Settlement

14   Conference in person.

15           Because of the completion of discovery took longer than initially expected

16   and because of the Coast Guard report was not issued until mid-August the defense feels

17   they cannot participate meaningfully in a Settlement Conference at this time and

18   therefore the parties ask the Court to allow them additional time to prepare.

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

KYL_SF537731

CASE MANAGEMENT REPORT TO JUDGE EDWARD CHEN –
Case No. C10-05980-EMC

1   The parties respectively ask that the Court allow them until December 12,
2   2011, to participate in a Settlement Conference. Counsel for the Defendant has spoken
3   to Judge Spero's calendar clerk who has given the parties Judge Spero's available dates
4   in October and December. The parties are clearing mutually convenient dates with their
5   clients.

6

7   DATED:  September 21, 2011               DATED:  September 21, 2011

8

9   By: _____            By: _____
10      JOHN GIFFIN                            CHARLES DONOVAN
        JOHN COX                               SHEPPARD MULLIN RICHTER &
11      KEESAL, YOUNG & LOGAN                  HAMPTON LLP
        ATTORNEYS FOR DEFENDANT                ATTORNEYS FOR PLAINTIFF
12      KRISTEN MARINE S.A.                    BRADFORD ISLAND RECLAMATION
                                               DISTRICT NO. 2059, BY ITS
13                                             TRUSTEES

14

15   IT IS SO ORDERED that the deadline to complete the settlement conference shall be extended
16   to December 31, 2011.  The status conference is reset from 10/7/11 at 10:30 a.m. to 1/20/2012
17   at 10:30 a.m.  An updated status report shall be filed by 1/13/2012.

18   _____
19   Edward M. Chen
     United States District Judge
20
     Dated:  9/22/11
21

22

23

24

25

26

27

28

- 4 -                                          KYL_SF537731
CASE MANAGEMENT REPORT TO JUDGE EDWARD CHEN –
Case No. C10-05980-EMC