JOHN D. GIFFIN, CASB No. 89608
john.giffin@kyl.com
Juliette McCullough, CASB No. 278929
Juliettemccullough@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Avenue
San Francisco, California  94133
Telephone:   (415) 398-6000
Facsimile:    (415) 981-0136

Attorneys for Defendant
KRISTEN MARINE S.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADFORD ISLAND RECLAMATION DISTRICT NO. 2059, by its trustees,<br><br>Plaintiff,<br><br>vs.<br><br>M/V/ PEARL BRIDGE (ex TASMAN RESOLUTION), IMO NO 871918, *in rem*, KRISTEN MARINE S.A., *in personam*,<br><br>Defendants. | Case No:  C10 05980 EMC<br><br>**STIPULATION RE MANDATORY SETTLEMENT CONFERENCE**<br><br>**F.R.C.P. RULE 26(A)(1)** |

- 1 -   KYL_SF547089
STIPULATION RE MANDATORY SETTLEMENT CONFERENCE –
Case No. C10-05980-EMC

1  The parties by and through their counsel of record stipulate that the January 23,
2  2012 settlement conference date be vacated and that a new settlement conference date
3  be set for a date for February 8, 2012 to commence at 9:30 a.m. in the Chambers of
4  Magistrate Judge Joseph C. Spero.

5  Respectfully submitted.

6

7  DATED: January 20, 2012                    /John D. Giffin/
                                               JOHN D. GIFFIN
                                               JULIETTE MCCULLOUGH
8                                              KEESAL, YOUNG & LOGAN
                                               ATTORNEYS FOR DEFENDANT
9                                              KRISTEN MARINE S.A.

10

11

12 DATED: January 20, 2012                     /Brian Blackman/
                                               CHARLES S. DONOVAN
                                               BRIAN BLACKMAN
13                                             SHEPPARD MULLIN RICHTER &
                                               HAMPTON LLP
14                                             ATTORNEYS FOR PLAINTIFF
                                               BRADFORD ISLAND RECLAMATION
15                                             DISTRICT NO. 2059

**ORDER**

Good Cause being shown, the Court orders the continuance of the January 23, 2012 settlement conference to February 8, 2012 at 9:30 a.m.

Dated: Jan. 23, 2012



JOSEPH C. SPERO
MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT