JOHN D. GIFFIN, CASB No. 89608
john.giffin@kyl.com
Juliette McCullough, CASB No. 278929
Juliettemccullough@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Avenue
San Francisco, California  94133
Telephone:   (415) 398-6000
Facsimile:    (415) 981-0136

Attorneys for Defendant
KRISTEN MARINE S.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADFORD ISLAND RECLAMATION DISTRICT NO. 2059, by its trustees,<br><br>                    Plaintiff,<br><br>         vs.<br><br>M/V/ PEARL BRIDGE (ex TASMAN RESOLUTION), IMO NO 871918, *in rem*, KRISTEN MARINE S.A., *in personam*,<br><br>                    Defendants. | Case No:  C10 05980 EMC<br><br>**STIPULATION RE MANDATORY SETTLEMENT CONFERENCE**<br><br>**F.R.C.P. RULE 26(A)(1)** |

- 1 -                                              KYL_SF547089
STIPULATION RE MANDATORY SETTLEMENT CONFERENCE –
Case No. C10-05980-EMC

1   The parties by and through their counsel of record stipulate that the January 23,
2   2012 settlement conference date be vacated and that a new settlement conference date
3   be set for a date for February 8, 2012 to commence at 9:30 a.m. in the Chambers of
4   Magistrate Judge Joseph C. Spero.

5   Respectfully submitted.

6

7   DATED:  January 20, 2012            /John D. Giffin/
                                        JOHN D. GIFFIN
                                        JULIETTE MCCULLOUGH
8                                       KEESAL, YOUNG & LOGAN
                                        ATTORNEYS FOR DEFENDANT
9                                       KRISTEN MARINE S.A.

10

11

12  DATED:  January 20, 2012            /Brian Blackman/
                                        CHARLES S. DONOVAN
                                        BRIAN BLACKMAN
13                                      SHEPPARD MULLIN RICHTER &
                                        HAMPTON LLP
14                                      ATTORNEYS FOR PLAINTIFF
                                        BRADFORD ISLAND RECLAMATION
15                                      DISTRICT NO. 2059

**ORDER**

Good Cause being shown, the Court orders the continuance of the January 23, 2012 settlement conference to February 8, 2012 at 9:30 a.m.

Dated: Jan. 23, 2012



_____
JOSEPH C. SPERO
MAGISTRATE JUDGE OF THE UNITED STATES
DISTRICT COURT