JOHN D. GIFFIN, CASB No. 89608
john.giffin@kyl.com
JULIETTE B. MCCULLOUGH, CASB No. 278929
john.cox@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Avenue
San Francisco, California  94133
Telephone:   (415) 398-6000
Facsimile:    (415) 981-0136

Attorneys for Defendant
KRISTEN MARINE S.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADFORD ISLAND RECLAMATION DISTRICT NO. 2059, by its trustees,<br><br>Plaintiff,<br><br>vs.<br><br>M/V/ PEARL BRIDGE (ex TASMAN RESOLUTION), IMO NO 871918, *in rem*, KRISTEN MARINE S.A., *in personam*,<br><br>Defendants. | Case No: C10 05980 EMC<br><br>**JOINT CASE MANAGEMENT REPORT AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>ORDER RESETTING CMC AND EXTENDING DEADLINES |

On February 8, 2012, the parties participated in a lengthy settlement conference before Magistrate Judge Spero. Representatives of both parties, with settlement authority, attended the settlement conference in person.  While a settlement was not concluded, Plaintiff is currently reviewing Defendant's last offer, which will remain open until February 22, 2012.  The purpose of the two week review period is to allow the Plaintiff to discuss the settlement proposal with the California Department of Water Resources, from which Plaintiff has obtained funding to accomplish repairs to its levee.  Plaintiff seeks damages from Defendant for damage Plaintiff claims Defendant caused to its levee.

Because a settlement may be concluded during the two week review period,

1  the parties, through their counsel of record, ask the court to continue the Case
2  Management Conference currently set for February 17, 2012 to March 2, 2012 or to
3  another date after February 22d which may be convenient to the court.
4       The parties have agreed to the following pre-trial schedule:
5       i    Non-expert Discovery Close - 3/19/2012 (presently scheduled for
6            2/20/12)
7       i    Expert Exchange and Reports - 3/19/2012 (presently scheduled for
8            3/1/12, per parties agreement)
9       i    Rebuttal Experts Disclosure - 4/2/2012 (presently scheduled for
10           3/5/12)
11      i    Expert Discovery Close - 4/16/2012 (presently scheduled for
12           3/19/2012)
13      i    Last day to Hear Motion for Summary Judgment - ~~5/16/2012~~ 5/18/12 at 1:30 p.m.
14           (presently scheduled for 4/18/2012)

DATED: February 10, 2012                    DATED: February 10, 2012

By: s/ John Giffin                          By: s/ Brian Blackman
    JOHN GIFFIN                                 CHARLES DONOVAN
    JULIETTE MCCULLOUGH                         BRIAN BLACKMAN
    KEESAL, YOUNG & LOGAN                       SHEPPARD MULLIN RICHTER &
    ATTORNEYS FOR DEFENDANT                     HAMPTON LLP
    KRISTEN MARINE S.A.                         ATTORNEYS FOR PLAINTIFF
                                                BRADFORD ISLAND RECLAMATION
                                                DISTRICT NO. 2059, BY ITS
                                                TRUSTEES

IT IS SO ORDERED AS REVISED.

_____
Edward M. Chen
U.S. District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen]*

CASE MANAGEMENT REPORT TO JUDGE EDWARD CHEN –
Case No. C10-05980-EMC                              - 2 -                    KYL_SF548815