SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
CHARLES S. DONOVAN, Cal. Bar No. 103667
cdonovan@sheppardmullin.com
BRIAN R. BLACKMAN, Cal. Bar No. 196996
bblackman@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415-434-9100
Facsimile: 415-434-3947

CARR & FERRELL LLP
James W. Lucey, Cal. Bar No. 160808
jlucey@carrferrell.com
120 Constitution Drive
Menlo Park, California 94025
Telephone: 650-812-3400
Facsimile: 650-812-3444

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADFORD ISLAND RECLAMATION DISTRICT NO. 2059, by its trustees,<br><br>Plaintiff,<br><br>v.<br><br>M/V PEARL BRIDGE (ex TASMAN RESOLUTION). IMO No. 871918, *in rem*, KRISTEN MARINE S.A., *in personam*,<br><br>Defendants. | Case No. C 10-05980 EMC<br><br>**NOTICE OF SETTLEMENT AND STIPULATION AND [PROPOSED] ORDER REGARDING CONDITIONAL DISMISSAL**<br><br>The Hon. Edward M. Chen |

1  WHEREAS, plaintiff Bradford Island Reclamation District No. 2059 and
2 defendants Kristen Marine S.A. and Golden Bridge Shipping Co. Ltd. (collectively "the
3 Parties") have reached an agreement to settle this matter and are in the process of
4 preparing and finalizing the written settlement agreement;

5  WHEREAS, the Parties expect to have fully executed copies of the settlement
6 agreement within the next 90 days;

7  WHEREAS, the Parties do not wish to expend time or judicial resources on
8 continued litigation of this matter.

9  ACCORDINGLY, the Parties, through their respective counsel, request that the
10 Court take the following actions:

11  (1) vacate the existing case schedule set forth in the Court's Case Management
12 Scheduling Orders (Dkt. Nos. 16 & 33); and

13  (2) dismiss this action without prejudice to the right of a party, within 90 days
14 from the signing of the below Order, to move to reopen the action if the Parties are unable
15 to reach agreement on the final written terms of the settlement.

16 April 3, 2012

17 SHEPPARD MULLIN RICHTER & HAMPTON LLP

18

19 By      */s/ Brian R. Blackman*
20 CHARLES S. DONOVAN
BRIAN R. BLACKMAN
21 Attorneys for Plaintiff

April 3, 2012
22
23 KEESAL YOUNG & LOGAN, P.C.

24

25 By      */s/ John D. Giffin*
JOHN D. GIFFIN
26 JOHN COX
Attorneys for Defendants
27

28

-1-

CASE NO. 10-cv-05980 EMC                                ORDER RE: CONDITIONAL DISMISSAL

## CERTIFICATION

I, Brian Blackman, am the ECF User whose identification and password are being used to file this Stipulation And [Proposed] Order Regarding Conditional Settlement. In compliance with General Order 45.X.B., I hereby attest that John D. Giffin has concurred in this filing.

Dated: April 3, 2012           SHEPPARD MULLIN RICHTER & HAMPTON LLP


                    By    */s/ Brian R. Blackman*
                              BRIAN R. BLACKMAN

-2-

CASE NO. 10-cv-05980 EMC                NOTICE OF SETTLEMENT & STIP. &
                                        ORDER RE: CONDITIONAL DISMISSAL

1 **ORDER**

2 PURSUANT TO STIPULATION, IT IS SO ORDERED.

3 Dated: April __6__, 2012



5 _____

6 The Honorable
United S...

IT IS SO ORDERED
Judge Edward M. Chen

-1-
CASE NO. 10-cv-05980 EMC                ORDER RE: CONDITIONAL DISMISSAL