SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
CHARLES S. DONOVAN, Cal. Bar No. 103667
cdonovan@sheppardmullin.com
BRIAN R. BLACKMAN, Cal. Bar No. 196996
bblackman@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:  415-434-9100
Facsimile:  415-434-3947

CARR & FERRELL LLP
James W. Lucey, Cal. Bar No. 160808
jlucey@carrferrell.com
120 Constitution Drive
Menlo Park, California 94025
Telephone:  650-812-3400
Facsimile:  650-812-3444

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADFORD ISLAND RECLAMATION DISTRICT NO. 2059, by its trustees,<br><br>Plaintiff,<br><br>v.<br><br>M/V PEARL BRIDGE (ex TASMAN RESOLUTION). IMO No. 871918, *in rem*, KRISTEN MARINE S.A., *in personam*,<br><br>Defendants. | Case No. C 10-05980 EMC<br><br>**NOTICE OF SETTLEMENT AND STIPULATION AND [PROPOSED] ORDER REGARDING CONDITIONAL DISMISSAL**<br><br>The Hon. Edward M. Chen |

1 | WHEREAS, plaintiff Bradford Island Reclamation District No. 2059 and
2 | defendants Kristen Marine S.A. and Golden Bridge Shipping Co. Ltd. (collectively "the
3 | Parties") have reached an agreement to settle this matter and are in the process of
4 | preparing and finalizing the written settlement agreement;

5 | WHEREAS, the Parties expect to have fully executed copies of the settlement
6 | agreement within the next 90 days;

7 | WHEREAS, the Parties do not wish to expend time or judicial resources on
8 | continued litigation of this matter.

9 | ACCORDINGLY, the Parties, through their respective counsel, request that the
10 | Court take the following actions:

11 | (1) vacate the existing case schedule set forth in the Court's Case Management
12 | Scheduling Orders (Dkt. Nos. 16 & 33); and

13 | (2) dismiss this action without prejudice to the right of a party, within 90 days
14 | from the signing of the below Order, to move to reopen the action if the Parties are unable
15 | to reach agreement on the final written terms of the settlement.

16 | April 3, 2012

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By    */s/ Brian R. Blackman*
CHARLES S. DONOVAN
BRIAN R. BLACKMAN
Attorneys for Plaintiff

April 3, 2012

KEESAL YOUNG & LOGAN, P.C.

By    */s/ John D. Giffin*
JOHN D. GIFFIN
JOHN COX
Attorneys for Defendants

-1-

CASE NO. 10-cv-05980 EMC                          ORDER RE: CONDITIONAL DISMISSAL

## CERTIFICATION

1  I, Brian Blackman, am the ECF User whose identification and password are being used to file this Stipulation And [Proposed] Order Regarding Conditional Settlement. In compliance with General Order 45.X.B., I hereby attest that John D. Giffin has concurred in this filing.

Dated: April 3, 2012                SHEPPARD MULLIN RICHTER & HAMPTON LLP


                                    By    */s/ Brian R. Blackman*
                                          BRIAN R. BLACKMAN

-2-
CASE NO. 10-cv-05980 EMC                NOTICE OF SETTLEMENT & STIP. &
                                        ORDER RE: CONDITIONAL DISMISSAL

1  **ORDER**

2  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3  Dated: April $\overset{6}{\_\_}$, 2012



The Honorable
United States

_____

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-1-

CASE NO.  10-cv-05980 EMC                                                ORDER RE: CONDITIONAL DISMISSAL