SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
CHARLES S. DONOVAN, Cal. Bar No. 103667
cdonovan@sheppardmullin.com
BRIAN R. BLACKMAN, Cal. Bar No. 196996
bblackman@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4109
Telephone:   415-434-9100
Facsimile:   415-434-3947

CARR & FERRELL LLP
James W. Lucey, Cal. Bar No. 160808
jlucey@carrferrell.com
120 Constitution Drive
Menlo Park, California  94025
Telephone:   650-812-3400
Facsimile:   650-812-3444

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADFORD ISLAND RECLAMATION DISTRICT NO. 2059, by its trustees,<br><br>Plaintiff,<br><br>v.<br><br>M/V PEARL BRIDGE (ex TASMAN RESOLUTION). IMO No. 871918, *in rem*, KRISTEN MARINE S.A., *in personam*,<br><br>Defendants. | Case No. C 10-05980 EMC<br><br>**STIPULATION AND [Proposed] ORDER EXTENDING CERTIFICATION DEADLINE IN CONDITIONAL DISMISSAL ORDER**<br><br>The Hon. Edward M. Chen |

1    Plaintiff Bradford Island Reclamation District No. 2059 (the "District") and
2 defendants Kristen Marine, S.A. and M/V PEARL BRIDGE (ex TASMAN
3 RESOLUTION). IMO No. 871918, (collectively "Defendants"), by and through their
4 counsel, stipulate:

5    1.    The District filed its Verified Complaint In Admiralty on December 30,
6 2010, alleging defendant vessel struck and damaged the Bradford Island levee.
7 (Dkt. No. 1.)

8    2.    Defendants answered the Complaint on March 15, 2011 and March 22, 2011,
9 alleging various defenses.  (Dkt. Nos. 6 and 8.)

10    3.    Following a Settlement Conference before Magistrate Judge Joseph C.
11 Spero, the parties agree to settle the action and filed a notice of settlement with the Court
12 on April 3, 2012.  (Dkt. No. 37.)

13    4.    On April 6, 2012, the Court entered an order conditionally dismissing the
14 action, unless a party certified to the Court, with a proof of service of a copy on opposing
15 counsel, within 90-days, that the agreed consideration for the settlement had not been
16 delivered.  (Dkt. No. 39.)  The ninety-day deadline expires on July 5, 2012.

17    5.    The parties are still in the process of concluding their settlement.  The
18 process has taken longer than expected due to the cancellation of the District's June 2012
19 Board of Directors meeting where the Settlement Agreement was to be presented for
20 approval and execution.  The Board meeting has been rescheduled for July 3, 2012, which
21 will not leave sufficient time to circulate a fully executed agreement and transfer the
22 settlement consideration prior to the certification deadline set forth in the Court conditional
23 dismissal order.

24    6.    The parties respectfully request the Court extend the certification deadline
25 set forth in its conditional dismissal order (Dkt. No. 39) by two weeks to July 19, 2012 to
26 give the parties time to complete their settlement.

27    **IT IS SO STIPULATED.**

28

1  Date: June 27, 2012

2                                    SHEPPARD MULLIN RICHTER & HAMPTON LLP

3

4                          By         */s/  Brian R. Blackman*
                                      CHARLES S. DONOVAN
5                                     BRIAN R. BLACKMAN
6                                     Attorneys for Plaintiff

   Dated: June 27, 2012
7
                                      KEESAL YOUNG & LOGAN LLP
8

9

10                         By         */s/ John D. Giffin*
                                      JOHN D. GIFFIN
11                                    JOHN COX
                                      Attorneys for Defendants
12

13                                     **ORDER**

14       Having considered the parties' stipulation and good cause appearing, the Court

15  ORDERS THAT if any party certifies to this Court, with a proof of service of a copy on

16  opposing counsel, on or before July 19, 2012, that the agreed consideration for the parties'

17  settlement has not been delivered, then the Court's dismissal Order dated April 6, 2012

18  shall stand vacated, and the action shall be restored to the calendar to be set for trial.

19       **IT IS SO ORDERED.**

20  Dated: ~~July __, 2012~~  June 28, 2012

21

22                                    _____

23                                    ED~~WARD M. CHEN~~
                                      United States District Judge
24

   *[Signature stamp: IT IS SO ORDERED / Judge Edward M. Chen / United States District Court Northern District of California]*

CASE NO. C 10-05980 EMC                            -2-
                                    STIP. & ORDER EXTENDING CERTIFICATION
                                    DEADLINE IN CONDITIONAL DISMISSAL ORDER

## **CERTIFICATION**

I, Brian Blackman, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order Extending Certification Deadline In Conditional Dismissal Order.  In compliance with General Order 45.X.B., I hereby attest that John D. Giffin concurs in this filing.

Dated:  June 27, 2012             SHEPPARD MULLIN RICHTER & HAMPTON LLP


                          By     */s/ Brian R. Blackman*_____
                                 BRIAN R. BLACKMAN
                                 Attorney for Plaintiff